UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEON SHIM KIM, on behalf of herself and a class and collective of similarly situated individuals,<br><br>        Plaintiff,<br><br> – against –<br><br>Kaona Inc. dba Zen Spa and Helen Hyewon Koh, in their individual and professional capacities,<br><br>        Defendants | Index No. 24-cv-3565<br><br>**RULE 68 JUDGMENT** |

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Kaona Inc. dba Zen Spa and Helen Hyewon Koh, in their individual and professional capacities (collectively, "Defendants"), having offered to allow Seon Shim Kim ("Plaintiff") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), with respect to Plaintiff's claims for relief, damages, fees, expenses, disbursements, and attorneys' fees incurred in this action in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 31, 2024, and filed as Exhibit A to Docket Number 10;

      **WHEREAS**, on May 31, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 10);

      It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Seon Shim Kim, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 31, 2024, and filed as Exhibit A to Docket Number 10.

Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case. SO ORDERED.

Dated: June 4, 2024
      New York, New York

*Jessica Clarke*
_____
Jessica G. L. Clarke
United States District Judge